IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE IRONWORKERS      :
LOCAL UNION NO. 16 PENSION       :
PLAN, et al.                     :
                Plaintiffs       :
                                 :
        v.                       :        CIVIL NO. L-00-3174
                                 :
RAYMONDS' MISCELLANEOUS          :
IRONWORKS, LLC, et al.           :
                                 :
                Defendants       :

ORDER

Upon review of the court file and documents in this case,
this Court finds that service of process upon the defendants Ray
Zawodny, Jr., d/b/a Raymonds' Miscellaneous Ironworks, LLC was
completed on or about December 3, 2000, and upon the defendants
Raymonds' Miscellaneous Ironworks, LLC, Ray Zawodny, Sr., d/b/a
Raymonds' Miscellaneous Ironworks, LLC was completed on or about
December 9, 2000.  To date, no responses have been filed.
Accordingly, plaintiffs shall file, within ten days from the date
hereof, a motion for entry of default and motion for default
judgment or provide a report as to why such motions would be
inappropriate.

It is so ORDERED, this /9TH day of January, 2001.

_____
Benson Everett Legg
United States District Judge