UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS LOCAL UNION NO. 16 PENSION PLAN, et al., | * |
| and | * |
| BRIDGE, STRUCTURAL & ORNAMENTAL IRONWORKERS, LOCAL UNION NO. 16 | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO.: L00-CV3174 |
| RAYMONDS' MISCELLANEOUS IRONWORKS, LLC, et al. | * |
| Defendants. | * |

**JUDGMENT BY DEFAULT PURSUANT TO RULE 55
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made on _February 14, 2001_ as to the Defendants Ray Zawodny, Jr. d/b/a Raymonds' Miscellaneous Ironworks, LLC; Ray Zawodny, Jr. were properly served on December 3, 200 and Raymonds' Miscellaneous Ironworks, LLC; Ray Zawodny, Sr. d/b/a Raymonds' Miscellaneous Ironworks, LLC; Ray Zawodny, Sr. were properly served on December 9, 2000 and 0 for failure of said Defendants to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; therefore, it is this _12TH_ day of _April_, 2001 by the United States District Court for the District of Maryland,

ORDERED and ADJUDGED that judgment by default be and the same is entered in favor of <u>Plaintiffs Trustees of the Ironworkers Local Union No. 16 Pension Plan, Ironworkers Local Union No. 16 Health Fund, Ironworkers Local No. 16 Apprentice Fund (hereinafter "Ironworkers Funds"), and Bridge, Structural & Ornamental Ironworkers Local Union No. 16 (hereinafter "Local 16") against Defendants Raymonds' Miscellaneous Ironworks, LLC; Ray Zawodny, Sr. d/b/a Raymonds' Miscellaneous Ironworks, LLC, Ray Zawodny, Sr.; Ray Zawodny, Jr. d/b/a Raymonds' Miscellaneous Ironworks, LLC; Ray Zawodny, Jr. for the total sum of $105,846.39 which consists of</u>

$86,923.09 in contributions and dues assessment for the months of September 1999 through December 2000, $10,400.77 for liquidated damages for the months of September 1999 through December 2000, $7,166.16 for interest for the months of September 1999 through December 2000 at a rate of 12% per annum from the date due through date of payment or February 10, 2001 and continuing to accrue at the rate of 12% per annum until all unpaid contributions are paid in full, costs in the amount of $394.37 and attorneys' fees in the amount of $962.00 payable to the Ironworkers Funds.

*Benson Legg*
Benson Everett Legg, JUDGE
UNITED STATES DISTRICT COURT

cc: Francis J. Martorana, Esq.
    Dinah S. Leventhal, Esq.
    O'Donoghue & O'Donoghue
    4748 Wisconsin Avenue, N.W.
    Washington, DC 20016

    Raymonds' Miscellaneous Ironworks, LLC
    4548 Ridge Road
    Baltimore, MD 21236

    Ray Zawodny, Sr. d/b/a Raymonds' Miscellaneous
        Ironworks, LLC
    4548 Ridge Road
    Baltimore, MD 21236

    Ray Zawodny, Sr.
    4548 Ridge Road
    Baltimore, MD 21236

    Ray Zawodny, Jr. d/b/a Raymonds' Miscellaneous
        Ironworks, LLC
    4548 Ridge Road
    Baltimore, MD 21236

    Ray Zawodny, Jr.
    4548 Ridge Road
    Baltimore, MD 21236

*Handwritten note:* Mr. Zawodny, Sr. sent me a copy of a letter that he mailed to Mr. Martorana on Dec. 11, 2000. This letter does not constitute an Answer under the Federal Rules. Also, Mr. Zawodny concedes in his letter that his company has fallen behind on its payments. Accordingly, there is no reason why this judgment should not issue.

*Benson Legg*
USDJ
4/12/01

2