FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 JUL 30 P 12: 14

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

TRUSTEES OF THE IRONWORKERS LOCAL )
UNION NO. 16 PENSION PLAN, )
et al., )
)
    vs. )  CASE NO. L00-CV-3174
)
RAYMONDS' MISCELLANEOUS IRONWORKS )
LLC; RAY ZAWODNY, SR. d/b/a RAYMONDS' )
MISCELLANEOUS IRONWORKS LLC; )
RAY ZAWODNY, SR.; RAY ZAWODNY, JR. )
d/b/a RAYMONDS' MISCELLANEOUS )
IRONWORKS LLC; and RAY ZAWODNY, JR. )
)
    Defendants/ )
    Judgment Debtor, )
)
PROVIDENT BANK OF MARYLAND, )
)
    Garnishee. )

**ORDER**

In Consideration of Plaintiffs' Motion for Judgment against Garnishee and Memorandum in support thereof, it is this 29TH day of July, 2001;

ORDERED that Judgment is entered against Garnishee Provident Bank of Maryland in the amount of $2,306.71; and it is further

ORDERED that said sum be made payable to the Ironworkers Local Union No. 16 Trust Funds and mailed to Plaintiffs' attorneys, O'Donoghue & O'Donoghue, c/o Donna Overkott Spell, Paralegal, 4748 Wisconsin Avenue, N.W., Washington, D.C. 20016.

_____
UNITED STATES DISTRICT JUDGE

cc's listed on following page

cc:     Francis J. Martorana, Esq.
        O'Donoghue & O'Donoghue
        4748 Wisconsin Avenue, N.W.
        Washington, D. C.  20016

        Provident Bank of Maryland
        Garnishment Department
        7210 Ambassador Avenue
        Baltimore, MD  21244
        Attn:  Pat Fisher

        Raymonds' Miscellaneous Ironworks LLC
        4548 Ridge Road
        Baltimore, MD  21236

        Ray Zawodny, Sr. d/b/a Raymonds'
        Miscellaneous Ironworks LLC
        4548 Ridge Road
        Baltimore, MD  21236

        Ray Zawodny, Sr.
        4548 Ridge Road
        Baltimore, MD  21236

        Ray Zawodny, Jr. d/b/a Raymonds'
        Miscellaneous Ironworks LLC
        4548 Ridge Road
        Baltimore, MD  21236

        Ray Zawodny, Jr.
        4548 Ridge Road
        Baltimore, MD  21236