UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
**BENSON EVERETT LEGG**
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 JUL 31 P 2:24

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 26, 2001

MEMORANDUM TO FRANCIS J. MARTORANA, ESQ.

    Re:    Trustees of the Ironworkers, etc., et al. v.
            Raymonds Miscellaneous Ironworkers, et al.
            Civil #L-00-3174

Dear Mr. Martorana:

    Enclosed is a request (copy attached) dated July 23, 2001, from Mr. Zawodny to vacate the judgment imposed on April 17, 2001. Accordingly, plaintiffs' response is due on or before August 13, 2001.

    Mr. Zawodny is reminded that a copy of any correspondence to the Court must be sent to plaintiffs' counsel.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

Enclosure
c:    (w/enclosure)
      Mr. Raymond Z. Zawodny
      Court File

Raymonds' Miscellaneous Ironworks, LLC
4548 Ridge Road
Baltimore, Maryland 21236
410-882-0082

July 23, 2001

United States District Court
District of Maryland - Northern Division
101 W. Lombard Street
Baltimore, Maryland 21202

Re: **Judgment to Vacate Judgment & Garnishment**
   **Civil Case No. L00CV3174**

Attention: Office of the Clerk
   Felicia C. Cannon

    As an officer and representative of Raymonds' Miscellaneous Ironworks, LLC.I am pleading for a Judgment to vacate the prior Judgment and Garnishment placed against the Corporation in question, Raymonds' Miscellaneous Ironworks, LLC. As I am the Senior Officer Raymond A. Zawodny Sr., I reside at the above address.

    The corporation has been in financial straights for over a year now, due to delinquent account on the part of the General Contractors to make payments for work subcontracted to Raymonds' Miscellaneous Ironworks, LLC. At the time of the last hearing the Corporation was in such a financial state that we were unable to obtain any legal representation. I do realize now that I should have at least come before the court and plea to you personally pertaining to this matter and I know ignorance of the law is no exception for anyone.

    If ignorance of the law is no exception to anyone then I have to say I personally started this corporation and incorporated to protect my personal life and family belongings. In contacting the attorney who drew up the LLC he informed me that the LLC should have provided personal protection. It did not in this court. The Judgement and Garnishment was attached personally to officers as well as the corporate accounts.

    I have contacted the attorneys that handled this case O'Donnaghue & O'Donnaghue, more specifically Mr. Martorana, they are willing to work with us to get payments in incriments acceptable to both parties. They have been willing to release our accounts, as I cannot get legal representation without funds.

    I do again ask for a new judgement in the case No. L00CV3174 or a new hearing as quickly as possible. My only alternative is bankruptcy and in that case everyone looses. I have never filed bankruptcy in my seventy years on this earth and would like the opportunity to continue to pay my own debts and not loose everything I have worked for.

We are near a resolution with the General Contractors to alleviate all the financial problems incurred because of them the last year and a half.

Sincerely,

*Raymond A. Zawodny Sr.*
Raymond A. Zawodny Sr.