IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 10 A 10: 59

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| TRUSTEES OF THE IRONWORKERS LOCAL UNION NO. 16 PENSION PLAN, et al. : | |
| v. : | Civil No. L-00-3174 |
| RAYMONDS' MISCELLANEOUS IRONWORKS, LLC, et al. : | |

## ORDER

On July 23, 2001, Mr. Raymond Zawodny, Sr., a defendant and representative of the defendant company, Raymonds' Miscellaneous Ironworks, LLC, filed a motion to vacate the default judgment, dated April 12, 2001. The Fourth Circuit has stated that "a party seeking relief from a default judgment under Rule 60(b)(1) must show not only that he has a meritorious defense, but also 'that he had an acceptable excuse for lapsing into default . . . .'" Park Corp. v. Lexington Ins. Corp., 812 F.2d 894, 896 (4th Cir. 1987).

Mr. Zawodny has failed to establish that he has a meritorious defense or an acceptable excuse. First, Mr. Zawodny does not assert that the defendants are not liable for the money sought in the Complaint. Second, "ignorance of the law" is not an acceptable excuse for lapsing into default, as Mr. Zawodny's motion seems to imply. The Court gave Mr. Zawodny clear and certain notice that a default judgment would be entered against him if he failed to respond to the

Complaint. Accordingly, Mr. Zawodny has not established that the default judgment should be vacated, and the Court hereby DENIES defendants' motion to vacate the default judgment.

It is so ORDERED this 7th day of ~~November~~ December, 2001.

_____
Benson Everett Legg
United States District Judge