IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TRUSTEES, IRON WORKERS LOCAL NO. 16** | : |
| v. | : CIVIL NO. L-00-3174 |
| **RAYMOND MISC. IRONWORKS,** et al. | : |

## ORDER

The Court is in receipt of Mr. Zawodny. Sr.'s letter, dated February 21, 2002, requesting the Court exempt and/or release him from a Writ of Garnishment of Property served on Provident Bank of Maryland. The Court has checked the Court file and finds nothing to suggest that Provident Bank has been served with a Writ of Garnishment, nor any other papers requiring a ruling by this Court. In the event that Provident Bank is served with a Writ of Garnishment, Provident Bank will submit an Answer to the Court detailing the particulars of Mr. Zawodny's account. If Plaintiff attempts to enforce the Writ against Provident, Mr. Zawodny will be notified and may refile his motion for exemptions and/or release.

Mr. Zawodny is reminded that a copy of any papers filed with the Court must also be mailed to Plaintiff's counsel, Mr. Francis J. Martorana of Donoghue & Donoghue, at the following address:

   4748 Wisconsin Ave NW
   Washington DC, 20016.

It is so ORDERED this _12TH_ day of April, 2002.

Benson Everett Legg
United States District Judge