UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE IRONWORKERS LOCAL UNION NO. 16 PENSION PLAN, et al., <br><br> vs. <br><br> RAYMONDS' MISCELLANEOUS IRONWORKS LLC; RAY ZAWODNY, SR. d/b/a RAYMONDS' MISCELLANEOUS IRONWORKS LLC; RAY ZAWODNY, SR.; RAY ZAWODNY, JR. d/b/a RAYMONDS' MISCELLANEOUS IRONWORKS LLC; and RAY ZAWODNY, JR. <br><br> Defendants/Judgment Debtor, <br><br> PROVIDENT BANK OF MARYLAND, <br><br> Garnishee. | CASE NO. L00-CV-3174 |

### LINE OF RELEASE

Plaintiffs, by their counsel O'Donoghue & O'Donoghue move this Court to release the garnishment issued on June 21, 2001 against Garnishee, Provident Bank of Maryland in the instant case.

Garnishee has paid the amount of $2,306.71 to Plaintiffs pursuant to the Order entered by the Court on July 29, 2001.

Respectfully Submitted,

O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue
Washington, D.C. 20016
(202) 362-0041

_____
Francis J. Martorana
MD Bar No. 05121

Attorneys for Plaintiffs

APPROVED THIS __6 7H__ DAY OF __May__, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2002, copies of the foregoing were mailed by first class mail, postage prepaid, to the following:

Provident Bank of Maryland
Garnishment Department
7210 Ambassador Avenue
Baltimore, MD  21244
Attn:  Pat Fisher

Raymonds' Miscellaneous Ironworks LLC
4548 Ridge Road
Baltimore, MD  21236

Ray Zawodny, Sr. d/b/a Raymonds'
Miscellaneous Ironworks LLC
4548 Ridge Road
Baltimore, MD  21236

Ray Zawodny, Sr.
4548 Ridge Road
Baltimore, MD  21236

Ray Zawodny, Jr. d/b/a Raymonds'
Miscellaneous Ironworks LLC
4548 Ridge Road
Baltimore, MD  21236

Ray Zawodny, Jr.
4548 Ridge Road
Baltimore, MD  21236

_____
Francis J. Martorana